IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW GOMBERG** : | |
| *on behalf of himself and all* : | |
| *others similarly situated,* : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-2068** |
| : | |
| **COLE HAAN, LLC** : | |

**ORDER**

This 2nd day of October, 2024, it is hereby **ORDERED** that this matter is **DISMISSED**, without prejudice, for failure to make service in accordance with Federal Rule of Civil Procedure 4(m), and failure to comply with this Court's Order of September 6, 2024, ECF 4. The Clerk is requested to mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge